UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MALDONADO,<br><br>          Plaintiff,<br><br>     v.<br><br>BENOV, et al.,<br><br>          Defendants.<br>_____/ | CASE NO.   1:10-CV-02346-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(g)<br><br>(ECF NO. 12) |

Plaintiff Antonio Maldonado is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action filed on December 16, 2010 pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). (Compl., ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

/////

On March 28, 2012, Findings and Recommendations for Dismissal (Findings and Recommendations, ECF No. 12) were filed in which the Magistrate Judge screened Plaintiff's Complaint and recommended dismissal of the action for failure to state a claim. 28 U.S.C. §§ 1915-1915A. Plaintiff was notified that his Objection, if any, was due within fourteen (14) days. Plaintiff did not file an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed March 28, 2012, in full,

2. This action is dismissed, with prejudice, for failure to state a claim,

3. The Clerk of the Court shall enter judgment against Plaintiff, and

4. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:   May 1, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE